# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRENT GORDON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1465

[January 4, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 502022MH001373ASB.

Carey Haughwout, Public Defender, and Narine Austin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jacqueline I. Kurland, Senior Assistant Attorney General, Fort Lauderdale, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

The appellant appeals from the circuit court's order directing that he be subject to involuntary inpatient placement and be appointed a guardian advocate. He argues the circuit court lacked clear and convincing evidence that because of his mental illness, he "is incapable of surviving alone or with the help of willing and responsible family or friends, including available alternative services, and, without treatment, is likely to suffer from neglect or refuse to care for himself …, and such neglect or refusal poses a real and present threat of substantial harm to his … well-being[,]" or "[t]here is a substantial likelihood that in the near future he … will inflict serious bodily harm on [him]self or others, as evidenced by recent behavior causing, attempting, or threatening such harm[.]" § 394.467(1)(a)2., Fla. Stat. (2021).

The state concedes the circuit court lacked clear and convincing evidence to support its finding that the appellant met section 394.467(1)(a)2.'s requirements for involuntary patient placement.

Based on our review of the record, we agree with the state's concession of error. Therefore, we reverse the circuit court's order, and remand for the circuit court to enter an order denying the petition for involuntary patient placement.

*Reversed and remanded with instructions.*

GROSS, MAY, and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***